IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>ANC RENTAL CORPORATION, *et al.*<br><br>Debtor, | Case No. 01-11200 (MFW)<br>Jointly Administered |

### AMENDED NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Creditor Marjorie Joan Martin, pursuant to 28 U.S.C. § 158(a)(3) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, hereby appeals to the United States District Court for the District of Delaware from the Order (D.I. #7865) and Memorandum Opinion (D.I. #7864) issued by the United States Bankruptcy Court for the District of Delaware on April 28, 2006, denying the Motion of Marjorie Joan Martin for Allowance and Immediate Payment of Administrative Expense Claim.

The parties and their counsel of record are:

| **Party** | **Counsel** |
|---|---|
| **Creditor Marjorie Joan Martin** | James S. Yoder, Esquire (#2643)<br>824 North Market Street, Suite 902<br>P. O. Box 709<br>Wilmington, DE 19899-0709<br>(302) 467-4524 (phone)<br>(302) 467-4554 (facsimile)<br>yoderj@whiteandwilliams.com<br>    and<br>Clinton E. Cutler (#158094)<br>Ryan T. Murphy (#311972)<br>Fredrikson & Byron, P.A.<br>4000 Pillsbury Center, 200 S. Sixth Street<br>Minneapolis, MN 55402-1425<br>(612) 492-7310 (phone)<br>(612) 492-7077 (facsimile)<br>ccutler@fredlaw.com<br>rmurphy@fredlaw.com |

- 2 -

| | |
|---|---|
| **Liquidating Trust of ANC Rental Corp.** | William J. Burnett, Esquire (#4078)<br>Flaster/Greenberg, P.C.<br>913 Market Street, Suite 1001<br>Wilmington, DE  19801<br>(302) 351-1910 (phone)<br>(302) 351-1919 (facsimile)<br>william.burnett@flastergreenberg.com |
| **Office of US Trustee** | Office of the U.S. Trustee<br>844 King Street<br>Suite 2313<br>Wilmington, DE 19801<br>(302) 573-6491 (phone) |

 

                                              **WHITE AND WILLIAMS LLP**

Dated:  May 15, 2006                     By:    */s/ James S. Yoder*
                                                                         James S. Yoder (#2643)
                                                                         824 North Market Street, Suite 902
                                                                         P. O. Box 709
                                                                         Wilmington, DE  19899-0709
                                                                         (302) 467-4524
                                                                         (302) 467-4554 (facsimile)
                                                                         yoderj@whiteandwilliams.com
                                                                         Attorneys for Creditor Marjorie Joan Martin

DOCS_DE 126032v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ANC RENTAL CORPORATION, INC., et al., | ) ) | Case No. 01-11200 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

**O R D E R**

AND NOW, this **28th** day of **APRIL, 2006,** upon consideration of the Motion of Marjorie Joan Martin for Allowance and Immediate Payment of Administrative Claim and the response of the Trust thereto, and for the reasons set forth in the accompanying Opinion, it is hereby

**ORDERED** that the Motion is **DENIED.**

BY THE COURT:

*Mary F. Walrath*
Mary F. Walrath
United States Bankruptcy Judge

cc: James S. Yoder, Esquire[1]

---

[1] Counsel is to serve a copy of this Opinion and Order on all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

William J. Burnett, Esquire
Flaster/Greenberg, P.C.
913 Market Street, Suite 1001
Wilmington, DE 19801
Counsel for the Liquidating Trust

James S. Yoder, Esquire
White & Williams LP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Counsel for Martin

Clinton E. Cutler, Esquire
Fredrikson & Byron, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
Counsel for Martin

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:  **June 15, 2006**

To:  Attn: Peter Dalleo, Clerk
U. S. District Court
District of Delaware
U. S. Courthouse - 844 King Street
Wilmington  DE  19801

Re:  **ANC Rental Corporation, et al.**
**Case No. 01-11200 (MFW)**

Enclosed please find the Bankruptcy Record on Appeal  # **06-36**.

Sincerely,

**David Bird, Clerk**

By:__Matthew J. Yovino_____
    Deputy Clerk

  X   Filing fee paid.

_____Filing fee not paid

I hereby acknowledge receipt of the above Appeal this _____ day of_____, 2006.

By:_____
    Deputy Clerk
    U.S. District Court

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Case Number: **01-11200 (MFW)**
Deputy Clerk Transferring Case: Matthew J. Yovino (302) 252-2900
Case Type: Appeal **- AP-06-36**

**Order, Date Entered and Issues**

Order DENYING Motion for Allowance and Immediate Payment of Administrative Claim (Related Document No. 7847) [Order Docket No. 7865] Signed on 4/28/06.

| | |
|---|---|
| **Debtors:** | **ANC Rental Corporation, et al.** |
| **Counsel:** | William J. Burnett |
| | Flaster/Greenberg, P.C. |
| | 913 Market Street, Suite 1001 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 351-1910** |
| | |
| **Appellant(s):** | **Marjorie Joan Martin** |
| **Counsel:** | James S. Yoder |
| | White & Williams LLP |
| | 824 Market Street, Suite 902 |
| | P.O. Box 709 |
| | Wilmington, DE 19899-709 |
| **Telephone:** | **(302) 656-4433** |
| | |
| **Appellees:** | **ANC Rental Corporation, et al.** |
| **Counsel:** | William J. Burnett |
| | Flaster/Greenberg, P.C. |
| | 913 Market Street, Suite 1001 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 351-1910** |