IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Case No. 01-11200 (MFW) |
| | Jointly Administered |
| ANC RENTAL CORPORATION, et al. | |
| Debtor, | |

**MARJORIE JOAN MARTIN'S STATEMENT OF ISSUES AND
DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Marjorie Joan Martin ("Martin") submits the following statement of the issues to be presented in connection with her appeal from a final order dated and entered on April 28, 2006 by the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware and designates the following items of the official record to be included in the record on appeal:

**STATEMENT OF THE ISSUES**

1. Did the Bankruptcy Court err in denying Martin's motion for allowance and immediate payment of her $2.44 million administrative expense claim under 11 U.S.C. § 503(b)(1)(A)?

2. Did the Bankruptcy Court err in disallowing Martin's administrative expense claim on the grounds that under Minnesota law Martin's indemnification claim arose before the filing of the Debtors' petitions when Minnesota courts hold that an indemnity claim does not arise until the claim has been paid, which occurred after the Debtors' petitions were filed?

3. Did the Bankruptcy Court err by failing to hold that Martin's indemnity claim is an actual and necessary cost and expense of preserving the estates?

4. Did the Bankruptcy Court err by failing to order the Liquidating Trust of ANC Rental Corporation to immediately pay Martin's administrative expense claim?

## DESIGNATION OF PAPERS FOR THE DESIGNATED RECORD

|     | Filing Date | Docket Entry | Title of Document |
| --- | --- | --- | --- |
| 1.  | March 24, 2006 | 7847 | Notice of Motion |
| 2.  | March 24, 2006 | 7847 | Motion of Marjorie Joan Martin for Allowance and Immediate Payment of Administrative Expense Claim |
| 3.  | March 24, 2006 | 7848 | Memorandum of Law in Support of Marjorie Joan Martin's Motion for Allowance and Immediate Payment of Administrative Expense Claim |
| 4.  | March 24, 2006 | 7847 and 7848 | Affidavit of Lee La Bore |
| 5.  | March 24, 2006 | 7847 and 7848 | Certificate of Service |
| 6.  | April 20, 2006 | 7855 | Objection of Liquidating Trust of ANC Rental Corporation to Marjorie Joan Martin's Motion for Allowance and Immediate Payment of Administrative Expense Claim |
| 7.  | April 28, 2006 | 7864 | Order |
| 8.  | April 28, 2006 | 7865 | Memorandum Opinion |
| 9.  | May 5, 2006 | 7867 | Notice of Appeal |
| 10. | May 5, 2006 | 7867 | Certificate of Service |
| 11. | May 15, 2006 | 7870 | Amended Notice of Appeal |
| 12. | May 15, 2006 | 7870 | Certificate of Service |

DOCS_DE 126097v.1

Dated: May 16, 2006                              /s/ James S. Yoder
                                                 James S. Yoder, Esquire (#2643)
                                                 White and Williams, LLP
                                                 824 North Market Street, Suite 902
                                                 P.O. Box 709
                                                 Wilmington, DE  19899-0709
                                                 Phone:  (302) 467-4524
                                                 Facsimile:  302-467-4554
                                                 E-mail:  yoderj@whiteandwilliams.com

                                                         and

                                                 Clinton E. Cutler (MN #158094)
                                                 Ryan T. Murphy (MN #311972)
                                                 Fredrikson & Byron, P.A.
                                                 4000 Pillsbury Center
                                                 200 South Sixth Street
                                                 Minneapolis, MN 55402
                                                 Phone:  (612) 492-7054
                                                 Facsimile:  (612) 492-7077
                                                 E-mail:  ccutler@fredlaw.com
                                                 E-mail:  rmurphy@fredlaw.com

                                                 Attorneys for Creditor Marjorie Joan Martin

DOCS_DE 126097v.1