UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANC RENTAL CORPORATION, *et al.*, | ) | Case No. 01-11200 (MFW) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

### APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8006, the ANC Liquidating Trust as Appellee in the Appeal of Marjorie Joan Martin (the "Appellee"), hereby designates the following additional items to be included in the record on appeal:

### DESIGNATION OF ADDITIONAL ITEMS

| | Filing Date | Docket Entry | Title of Document |
|---|---|---|---|
| 1. | March 11, 2003 | 4232 | Motion of Judith Wahlberg, as Trustee for the next of Kin of Robert and Virginia Nipp and Andrew James Nipp, a Minor, by and Through His Parent and Natural Guardian, Allan Nipp, for Relief From Stay Under Section 362 of the Bankruptcy Code. |
| 2. | April 9, 2003 | 4415 | Certification of Counsel |
| 3. | April 10, 2003 | 4438 | Order Approving Stipulation Granting Relief From Automatic Stay |

Dated: May 25, 2006

**FLASTER/GREENBERG, P.C.**

William J. Burnett, Esquire (No. 4078)
913 Market Street, Suite 1001
Wilmington, DE 19801

Attorney for ANC Liquidating Trust