IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| ANC RENTAL CORPORATION | : | Bankruptcy Co. No. 01-11200 |
| Debtors | : | |
| MARJORIE JOAN MARTIN | : | |
| Appellant | : | |
| v. | : | Civil Action No. 06-389 GMS |
| ANC LIQUIDATING TRUST | : | |
| Appellee | : | |

## O R D E R

WHEREAS, on June 15, 2006, a Notice of Appeal of the Order of the Bankruptcy Court entered on April 28, 2006, was filed (D.I. 1);

WHEREAS, on June 16, 2006, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on November 7, 2006, a Notice of Completion of Mediation was filed by Frederick B. Rosner, Esq. (D.I. 6);

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than December 27, 2006.

Nov. 27, 2006
_____
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED

NOV 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE