IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

ANC RENTAL CORPORATION                    Bankruptcy Co. No. 01-11200

        Debtors,

MARJORIE JOAN MARTIN

        Appellant,                    Civil Action No. 06-389 GMS

v.

ANC LIQUIDATING TRUST

        Appellee.

---

## JOINT PROPOSED BRIEFING SCHEDULE

Appellant Marjorie Joan Martin ("Appellant") and Appellee ANC Liquidating Trust ("Appellee"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Appellant shall serve and file its brief on or before January 25, 2007.

2. Appellee shall serve and file a responsive brief to the Appellant's brief on or before February 15, 2007.

3. Appellant shall serve and file a reply to Appellee's response on or before March 8, 2007.

4. The parties consent to entry of an order substantially in the form attached as Exhibit A.

Date: December 27, 2006

/s/ James S. Yoder
James S. Yoder (DE #2643)
WHITE AND WILLIAMS LLP
824 North Market Street
Suite 902
PO Box 709
Wilmington, DE 19899-0709
Tel. (302) 467-4524
Fax (302) 654-0245

And

Clinton E. Cutler (MN #158094)
Ryan T. Murphy (MN #311972)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Tel. (612) 492-7000
Fax (612) 492-7077

And

Lee La Bore (MN #59274)
La Bore Guilliani Cosgriff & Viltoft
10285 Yellow Circle Drive
P.O. Box 70
Hopkins, MN 55343
Tel. (952) 933-3371
Fax (952) 933-8298

ATTORNEYS FOR APPELLANT

|  |  |
|---|---|
| Date: December 27, 2006 | **FLASTER/GREENBERG, P.C.**<br><br>_/s/_<br>William J. Burnett (DE No. 4078)<br>913 Market Street, Suite 1001<br>Wilmington, DE 09801<br>Telephone: 302-351-1910<br>Facsimile: 302-351-1919<br><br>-and-<br><br>Colleen A. Garrity<br>Eight Penn Center, 15th Floor<br>Philadelphia, PA 19103<br>Telephone: 215-279-939384<br>Facsimile: 215-279-9394<br><br><br>ATTORNEYS FOR APPELLEES |

4124585_1.DOC