IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

ANC RENTAL CORPORATION                    Bankruptcy Co. No. 01-11200

          Debtors,

MARJORIE JOAN MARTIN

          Appellant,                   Civil Action No. 06-389 GMS

v.

ANC LIQUIDATING TRUST

          Appellee.

## JOINT PROPOSED REVISED BRIEFING SCHEDULE

WHEREAS, Marjorie Joan Martin ("Appellant") served and filed its brief on or before January 25, 2007.

WHEREAS, ANC Liquidating Trust ("Appellee") requested additional time to file its responsive brief and Appellant agreed.

NOW THEREFORE, Appellant and Appellee, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Appellee shall serve and file a responsive brief to the Appellant's brief on or before February 28, 2007.

2. Appellant shall serve and file a reply to Appellee's response on or before March 21, 2007.

4. The parties consent to entry of an order substantially in the form attached as Exhibit A.

Date: February 8, 2007

_____
James S. Yoder
**WHITE AND WILLIAMS LLP**
824 North Market Street
Suite 902
PO Box 709
Wilmington, DE 19899-0709
Tel. (302) 467-4524
Fax (302) 654-0245

And

Clinton E. Cutler (MN #158094)
Ryan T. Murphy (MN #311972)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Tel. (612) 492-7000
Fax (612) 492-7077

And

Lee La Bore (MN #59274)
La Bore Guilliani Cosgriff & Viltoft
10285 Yellow Circle Drive
P.O. Box 70
Hopkins, MN 55343
Tel. (952) 933-3371
Fax (952) 933-8298

ATTORNEYS FOR APPELLANT

Date: February 8, 2007

_____
William J. Burnett (DE No. 4078)
**FLASTER/GREENBERG, P.C.**
913 Market Street, Suite 1001
Wilmington, DE 19801
Tel. (302) 351-1910
Fax (302) 351-1919

ATTORNEY FOR APPELLEES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

ANC RENTAL CORPORATION                    Bankruptcy Co. No. 01-11200

                Debtors,

MARJORIE JOAN MARTIN

                Appellant,                    Civil Action No. 06-389 GMS

v.

ANC LIQUIDATING TRUST

                Appellee.

## ORDER ESTABLISHING REVISED BRIEFING SCHEDULE

WHEREAS, on February __, 2007, Appellant Marjorie Joan Martin ("Appellant") and Appellee ANC Liquidating Trust ("Appellee") filed the Joint Proposed Revised Briefing Schedule.

IT IS HEREBY ORDERED that:

1. Appellee shall serve and file a responsive brief to the Appellant's brief on or before February 28, 2007.

2. Appellant shall serve and file a reply to Appellee's response on or before March 21, 2007.

Date: February __, 2007                 _____
                                                    Honorable Gregory M. Sleet
                                                    United States District Judge