UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
Appeal from the U.S. Bankruptcy Court
For the District of Delaware

Marjorie Joan Martin,

           Appellant,                            Appeal Case No. 1:06-cv-389

v.

ANC Liquidating Trust,

           Appellee.

## CERTIFICATE OF SERVICE

I, William J. Burnett, hereby certify that on February 28, 2007, I caused a copy of the

foregoing Appellee ANC Liquidating Trust's Response Brief and Appellee ANC Liquidating

Trust's separate Appendix to Appellee Response Brief to be served via Federal Express upon the

following parties:

Ryan T. Murphy, Esquire (MN #311973)
Fredrikson & Byron, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425

Lee L. LaBore (MN #59274)
Steven L. Viltoft (MN #190615)
LaBore Giuliani Cosgriff & Viltoft
10285 Yellow Circle Dr
P.O. Box 70
Hopkins, MN 55343-0070

James S. Yoder (#2643)
White and Williams LLP
824 North Market Street
Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Dated: February 28 2007

William J. Burnett (De No. 4078)