U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE
Appeal from the U.S. Bankruptcy Court
For the District of Delaware

Marjorie Joan Martin,

        Appellant,                                    Appeal Case No. 1:06-cv-389

    v.

ANC Rental Corporation,

        Appellee.

---

**APPELLANT MARJORIE JOAN MARTIN'S REQUEST FOR ORAL ARGUMENT**

---

Appellant Marjorie Joan Martin, through the undersigned counsel, and pursuant to Fed. Bankr. R. 8012 and D. Del. Ct. LR rule 7.1.4, **hereby requests Oral Argument** with respect to the above referenced appeal from the Order and Memorandum Opinion ("Opinion") of the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") in Bankruptcy Case No. 01-11200.

Dated: March 22, 2007

                                                  */s/ James S. Yoder*
                                                  James S. Yoder (#2643)
                                                  White and Williams LLP
                                                  824 North Market Street
                                                  Suite 902
                                                  PO Box 709
                                                  Wilmington, DE 19899-0709

                                                  and

Ryan T. Murphy (MN #311972)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402
(612) 492-7000
(612) 492-7077


and

Lee L. La Bore (MN #59274)
Steven L. Viltoft (MN #190615)
P.O. Box 70
Hopkins, MN  55343-0070
(952) 933-3371

ATTORNEYS FOR MARJORIE JOAN MARTIN

WILDMS 142374v.1

-3-

U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE
Appeal from the U.S. Bankruptcy Court
For the District of Delaware

Marjorie Joan Martin,

    Appellant,                                     Appeal Case No. 1:06-cv-389

    v.

ANC Rental Corporation,

    Appellee.

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, certify that I am not less than 18 years of age, and that I caused service of the foregoing **Request for Oral Argument** to be made on this 22nd day of March, 2007, to the party listed below via First Class Mail:

    Willaim J. Burnett
    Smith Giacometti and Chikowski LLC
    901 North Market Street, Suite 840
    Wilmington, DE 19801-3090

Under penalty of perjury, I declare that the foregoing is true and correct.

                                            */s/ James S. Yoder*
                                            James S. Yoder (#2643)

WILDMS 142374v.1