IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| ANC RENTAL CORPORATION | Bankruptcy Co. No. 01-11200 |
| Debtors, | |
| MARJORIE JOAN MARTIN | |
| Appellant, | Civil Action No. 06-389 GMS |
| v. | |
| ANC LIQUIDATING TRUST | |
| Appellee. | |

**STIPULATION OF DISMISSAL OF APPEAL PROCEEDING PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 41**

The ANC Liquidating Trust and Marjorie Joan Martin, by and through their respective undersigned counsel, hereby file this Stipulation of Dismissal of the above-referenced Appeal Proceeding Pursuant to Federal Rule of Civil Procedure 41, made applicable to bankruptcy proceedings by Federal Rule of Bankruptcy Procedure 7041.

| **WHITE AND WILLIAMS LLP** | **FLASTER/GREENBERG P.C.** |
|---|---|
| */s/ James S. Yoder/* | */s/ William J. Burnett/* |
| JAMES S. YODER, ESQUIRE | WILLIAM J. BURNETT, ESQUIRE (De No. 4078) |
| 824 North Market Street, Suite 902 | 913 North Market Street, Suite 1001 |
| P.O. Box 709 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | 302-351-1910 |
| and | *Attorneys for ANC Liquidating Trust* |

Ryan T. Murphy, Esquire
Fredrikson & Byron, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402

and

Lee L. La Bore, Esquire
Steven L. Viltoft, Esquire
P.O. Box 70
Hopkins, MN 55343

*Attorneys for Marjorie Joan Martin*

Dated: January _28, 2008                Dated: January 28, 2008

4314460_1.DOC